IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL RAHMAN, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-15-2295 |
| FIESTA MART, LLC, | § § § | |
| *Defendant*. | § | |

### JOINT STIPULATION OF PREJUDICIAL DISMISSAL

In accordance with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-styled and numbered action jointly stipulate to prejudicial dismissal of Plaintiff's claims based upon the following:

Plaintiff and Defendant have consented to the request for prejudicial dismissal of all claims.

All fees and expenses associated with this action shall be borne by the party incurring same, and neither party is deemed a "prevailing party" in connection therewith.

Signed at Houston, Texas on December 30, 2016.

_____
Gray H. Miller
United States District Judge

*So stipulated and agreed by Plaintiff and Defendant this 4th day of November, 2016*.

Respectfully Submitted:

| | |
|---|---|
| */s/ Michael A. Starzyk* | */s/ Michael V. Abcarian* |
| Michael A. Starzyk | MICHAEL V. ABCARIAN |
| Texas Bar No. 00788461 | Texas Bar No. 00799900 |
| Federal ID No. 16923 | **FISHER & PHILLIPS LLP** |
| mstarzyk@starzyklaw.com | 500 N. Akard Street, Suite 3550 |
| Megan M. Mitchell | Dallas, Texas 75201 |
| Texas Bar No. 24073504 | Telephone: (214) 220-9100 |
| Federal ID No. 2174572 | Facsimile: (214) 220-9122 |
| mmitchell@starzyklaw.com | Email: mabcarian@laborlawyers.com |
| **STARZYK & ASSOCIATES, P.C.** | |
| 10200 Grogan's Mill Road | **ATTORNEYS FOR DEFENDANT** |
| Suite 300 | |
| The Woodlands, Texas 77380 | |
| Telephone: (281) 364-7261 | |
| Facsmile: (281) 364-7533 | |

**ATTORNEYS FOR PLAINTIFF**